IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60388
(Summary Calendar)
_____


OMAR MOHAMMED TOBEH,

                                        Petitioner,

                    versus

IMMIGRATION AND NATURALIZATION
SERVICE,

                                        Respondent.


- - - - - - - - - - - -

Petition for Review of an Order of the
Board of Immigration Appeals
(A94-011-027)
- - - - - - - - - - - - -
November 26, 1996
Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Omar Mohammed Tobeh, a Jordanian citizen, petitions for review
of the decision of the Board of Immigration Appeals.  Tobeh
contends that he has shown that he was persecuted in Kuwait and
Jordan and is, therefore, entitled to asylum in the United States
or, in the alternative, that he has a clear probability of
persecution if returned to Jordan and is, therefore, eligible for

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

withholding of deportation.

The BIA concluded that Tobeh did not prove persecution while in Kuwait or Jordan and is not entitled to asylum. Further, the BIA found that Tobeh did not show any persecution in Jordan or prove that any future persecution would take place and was not entitled to withholding of deportation. A review of the record indicates substantial evidence to support the BIA's decision and no compelling evidence in favor of Tobeh. See Castillo-Rodriquez V. INS, 929 F.2d 183, 184 (5th Cir. 1991); INS v. Elias-Zacharias, 502 U.S. 478, 483-84 (1992). Thus, Tobeh failed to carry his burden and, accordingly, he was denied asylum and withholding of deportation.

This petition for review is DENIED.